[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 3, 2011
JOHN LEY
CLERK

No. 10-14648
Non-Argument Calendar

_____

D.C. Docket No.0:09-cr-60042-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CINDY MORAN-SANCHEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 3, 2011)

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed as Cindy Moran-Sanchez's counsel for

purposes of her appeal, filed a motion to withdraw supported by a brief prepared

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moran-Sanchez's conviction and sentence is **AFFIRMED**.